IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07CR232-TFM |
| ) | (18 U.S.C. 641) |
| ELIZABETH B. HOFFMAN ) | |
| ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 15th day of November, 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ELIZABETH B. HOFFMAN did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Reese H. Hays III*
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently reassigned to Barksdale Air Force Base in Louisiana. On or about 15 November 2006, via closed circuit monitors, I observed ELIZABETH B. HOFFMAN with a Cherish Pearl necklace hanging from her shopping cart in the Base Exchange (BX). HOFFMAN shopped around the store and went to the shoe area. In the shoe area, she took the necklace from where it was hanging on the cart and put it in her purse. She then attempted to remove the price tag, but when someone came close she dropped it back in the purse. A few minutes later she went to another aisle of the BX where she did remove the price tag and put the tag in her purse. HOFFMAN then put the necklace on and wore it until she departed the store. After forty-five (45) minutes of shopping while wearing the necklace, about four minutes before going to central checkout, HOFFMAN fingered the necklace twice. HOFFMAN went through the central checkout where she paid for several items, but not the necklace she was wearing. After HOFFMAN departed the BX, I detained her in the lobby area, identified her, and escorted her to the Security Office. Security Forces was called and responded. While waiting for Security Forces, HOFFMAN removed the necklace, claimed she had forgotten to pay for it , laid it on the table. The value of the necklace was $12.00. HOFFMAN was taken to the Law Enforcement Desk for further processing.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this _17th_ day of _September_, 2007.

_____
Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS