IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-232-TFM |
| | ) | |
| ELIZABETH B. HOFFMAN | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit: <u>Unable to locate for prosecution.</u>

Respectfully submitted, this the 16th day of April, 2008.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    **s/Reese H. Hays, III**
    REESE H. HAYS, III
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786
    Fax:  334-953-8040

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    **s/Reese H. Hays, III**
    REESE H. HAYS, III
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786
    Fax:  334-953-8040

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-232-TFM |
| | ) | |
| ELIZABETH B. HOFFMAN | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Original Information as to ELIZABETH B. HARTMAN heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of _____, 2008.

_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE